COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

NO. 02-11-00397-CV

KOREY PRATHER                                                                    APPELLANT

V.

BNSF RAILWAY COMPANY                                                    APPELLEE

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

-----------------------

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  October 27, 2011